ORIGINAL

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

RICHARD P. HACK

**DEFENDANTS**

CITIBANK, N.A. dba CITI

**(b)** County of Residence of First Listed Plaintiff SAN FRANCISCO, CA (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

IRVING L. BERG (SBN 36273)
145 TOWN CENTER, PMB 493
CORTE MADERA, CALIFORNIA 94925
(415) 924-0742/(415) 891-8208 (FAX)/irvberg@comcast.net (EMAIL)

Attorneys (If Known)

JULIA B. STRICKLAND (83013) / MARCOS D. SASSO (...)
STROOCK & STROOCK & LAVAN LLP
2029 CENTURY PARK EAST, SUITE 1800, LOS ANGELES ...
(310) 556-5800/(310) 556-5959 (FAX)/lacalendar@stroock...

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**: 110 Insurance; 120 Marine; 130 Miller Act; 140 Negotiable Instrument; 150 Recovery of Overpayment & Enforcement of Judgment; 151 Medicare Act; 152 Recovery of Defaulted Student Loans (Excl. Veterans); 153 Recovery of Overpayment of Veteran's Benefits; 160 Stockholders' Suits; 190 Other Contract; 195 Contract Product Liability; 196 Franchise

**REAL PROPERTY**: 210 Land Condemnation; 220 Foreclosure; 230 Rent Lease & Ejectment; 240 Torts to Land; 245 Tort Product Liability; 290 All Other Real Property

**TORTS — PERSONAL INJURY**: 310 Airplane; 315 Airplane Product Liability; 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury

**PERSONAL INJURY**: 362 Personal Injury—Med. Malpractice; 365 Personal Injury — Product Liability; 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability

**CIVIL RIGHTS**: 441 Voting; 442 Employment; 443 Housing/ Accommodations; 444 Welfare; 445 Amer. w/Disabilities - Employment; 446 Amer. w/Disabilities - Other; 440 Other Civil Rights

**PRISONER PETITIONS**: 510 Motions to Vacate Sentence; **Habeas Corpus:** 530 General; 535 Death Penalty; 540 Mandamus & Other; 550 Civil Rights; 555 Prison Condition

**FORFEITURE/PENALTY**: 610 Agriculture; 620 Other Food & Drug; 625 Drug Related Seizure of Property 21 USC 881; 630 Liquor Laws; 640 R.R. & Truck; 650 Airline Regs.; 660 Occupational Safety/Health; 690 Other

**LABOR**: 710 Fair Labor Standards Act; 720 Labor/Mgmt. Relations; 730 Labor/Mgmt.Reporting & Disclosure Act; 740 Railway Labor Act; 790 Other Labor Litigation; 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**: 462 Naturalization Application; 463 Habeas Corpus – Alien Detainee; 465 Other Immigration Actions

**BANKRUPTCY**: 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: 820 Copyrights; 830 Patent; 840 Trademark

**SOCIAL SECURITY**: 861 HIA (1395ff); 862 Black Lung (923); 863 DIWC/DIWW (405(g)); 864 SSID Title XVI; 865 RSI (405(g))

**FEDERAL TAX SUITS**: 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: 400 State Reapportionment; 410 Antitrust; 430 Banks and Banking; 450 Commerce; 460 Deportation; 470 Racketeer Influenced and Corrupt Organizations; 480 Consumer Credit; 490 Cable/Sat TV; 810 Selective Service; 850 Securities/Commodities/Exchange; 875 Customer Challenge 12 USC 3410; [X] 890 Other Statutory Actions; 891 Agricultural Acts; 892 Economic Stabilization Act; 893 Environmental Matters; 894 Energy Allocation Act; 895 Freedom of Information Act; 900 Appeal of Fee Determination Under Equal Access to Justice; 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. Section 1692, et seq.

Brief description of cause:
Deceptive/unfair collection practices in violation of the FDCPA

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint: **JURY DEMAND:** [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** **PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".**

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** [X] SAN FRANCISCO/OAKLAND [ ] SAN JOSE

DATE July 11/2008 SIGNATURE OF ATTORNEY OF RECORD [signature]

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

ORIGINAL

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly identified as CITIBANK, N.A., dba CITI

FILED
08 JUL 11 PM 2:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FAXED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

BZ

RICHARD P. HACK, an individual,

Plaintiff,

vs.

CITIBANK, N.A., dba CITI

Defendant.

Case No. CV 08 3360

**DEFENDANT'S NOTICE OF R[illegible]**

**(Pursuant to 28 U.S.C. §§ 1331 [illegible] (b) -- Federal Question)**

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. Sections 1331, 1441(b), and defendant Citibank (South Dakota), N.A. (incorrectly identified in the Complaint as "CITI N.A., dba CITI") ("Citibank") hereby removes the action entitled Hack v. Citibank, N.A. Superior Court of the State of California for the County of San Francisco, Limited Civil CGC-08-476096 (the "Action") to the United States District Court for the Northern District of California, on the following grounds:

1. Citibank's Removal Is Timely. Plaintiff Richard P. Hack ("Plaintiff") served of the Summons and Complaint in the Action via mail to an address outside California (which requires an additional 10 days be added to the 30-day service requirement) on or about June 2008. A copy of the Summons and Complaint is attached hereto as Exhibit A. It is unclear the date that Citibank actually received the Summons and Complaint, but Citibank could not received the Summons and Complaint any earlier than June 15, 2008. Citibank's removal is therefore timely pursuant to 28 U.S.C. Section 1446(b) because Citibank has filed this removal well within 30 days of receiving service of the Summons and Complaint.

2. This Court Has Removal Jurisdiction Over This Action. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. Section 1441(b) in that Plaintiff alleges a violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. Section 1692, et seq. (Complaint ¶¶ 1, 22, 24, "prayer for relief"), a claim that is created by, and arises under, federal law. To the extent any other claims in the Action may arise under state law, including, but not limited to, purported claims asserted under California's Rosenthal Fair Debt Collection Practices Act, California Civil Code Section 1788, et seq., supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. Sections 1367 and 1441(c).

///

///

///

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

4. Notice has been Effected. A copy of this Notice of Removal is being file[illegible] Superior Court for the State of California for the County of San Francisco and concu[illegible] on Plaintiff's counsel of record.

Dated: July 11, 2008

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: [signature]
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKO[illegible]
incorrectly identified as CITI[illegible]
N.A., dba CITI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
CITIBANK, N.A. dba CITI

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
RICHARD P. HACK, an individual

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Francisco - Limited Civil
400 McAllister Street, Suite 103
San Francisco, CA 94102-4514

CASE NUMBER: *(Número del Caso):* CGC 08-476096

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg, Attorney at Law, THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA 94925 (415) 924-0742

DATE: *(Fecha)* JUN 6 - 2008 GORDON PARK-LI Clerk, by *(Secretario)* CRISTINA E. BAUTISTA, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEYS FOR PLAINTIFF

ENDORSED FILED Superior Court of California County of San Francisco JUN 6 - 2008

JUN 6 - 2008 GORDON PARK-LI, Clerk BY: CRISTINA BAUTISTA Deputy Clerk

CASE MANAGEMENT CONFERENCE SET OCT 10 2008 - 10:30 AM DEPARTMENT 212

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

LIMITED CIVIL

| | |
|---|---|
| RICHARD P. HACK, an individual, Plaintiff, v. CITIBANK, N.A. dba CITI, Defendants. / | Case No CGC - 08 - 476096 **COMPLAINT TO RECOVER DAMAGES FOR UNLAWFUL DEBT COLLECTION PRACTICES** **DEMAND FOR JURY TRIAL** |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereafter the "FDCPA"), and the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.* (hereafter, the "CA FDCPA"). These consumer protection acts prohibit debt collectors from, *inter alia,* engaging in deceptive and unfair collection practices.

2. Defendant is a debt collector under the provisions of Cal. Civ. Code § 1788.2(c) which provides:

> The term "debt collector" means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection.

3. California law incorporates provisions of Federal law pursuant to Cal. Civ. Code § 1788.17, which provides:

> ...every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j...of Title 15 of the United States Code.

## II. JURISDICTION AND VENUE

4. This court has jurisdiction over this action pursuant to Cal. Civ. Code § 1788 15 U.S.C. § 1692k(d), and Cal. Civ. Proc. § 86.

5. Venue is proper in this county because Defendant does business in this county.

## III. PARTIES

6. Plaintiff, RICHARD P. HACK ("Mr. Hack") is a natural person living in San Francisco, California.

7. Defendant CITIBANK, N.A. dba CITI ("Citi") is a member of Citigroup, Inc. Defendant Citibank does business under the name of "Citi." Defendant Citi issues credit cards under the brand name of Citi Diamond Preferred Rewards Card. The corporate headquarters of Citi are located at 399 Park Avenue, New York, NY 10022-1000. Service on a corporate officer is made at the aforesaid address.

8. Defendant Citi is a debt collector pursuant to Cal. Civ. Code § 1788.2(c).

## IV. FACTUAL ALLEGATIONS

9. Some time ago, Plaintiff was issued a Citi Diamond Preferred Rewards Card by Citibank. The last four digits of the Citi Card account were 4585.

10. Plaintiff used the card to acquire, on credit, goods and services for Plaintiff's personal, family, and household needs.

11. Plaintiff defaulted in payment on the credit card account because of financial setbacks and increasing interest charges and late fees.

12. Plaintiff was worried over making payments on the credit card and other credit card accounts.

13. Plaintiff was frightened by aggressive and persistent collection callers.

14. Plaintiff sought relief from the serious financial circumstances by enlisting the aid of an attorney.

15. Plaintiff retained Irving L. Berg for representation in dealing with the creditors and collectors.

16. The attorney advised Plaintiff that calls and correspondence from creditors and

collectors should be referred to the attorney and that the law required that, upon notice of attorney representation, creditors and collectors are required to leave Plaintiff alone and to [illegible] only with Plaintiff's legal representative.

17. On December 29, 2007, Plaintiff's attorney sent written notice to Defendant [illegible] Plaintiff was represented by attorney Irving L. Berg, with respect to Plaintiff's debt, and th[illegible] communications regarding Plaintiff's debt should be addressed to Plaintiff's attorney.

18. The letter, Exhibit A, was sent on the attorney's letterhead, and stated, *inte[illegible]*:

> The captioned consumer is a client of mine. All communications concerning collection of my client's debts, including the captioned debt, and any other debts you claim are owed by my client, shall hereafter be made to this office in writing. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

19. The letter was not returned as undeliverable by the U. S. Postal Service, a[illegible] presumed that the letter was received shortly after it was sent. (*Mahon v. Credit Bureau*, [illegible] F.3d 1197, 1202 (9th Cir. 1999))

20. Sometime thereafter, in violation of the notice of attorney representation, Defendant contacted Plaintiff directly stating, *inter alia*:

> Put your economic stimulus payment to work! Let us help you bring your account current. Call us today at 1-866-535-9411.

A call to that number is to Defendant's collection department in Kansas City, Missouri. A copy of the direct communication to Plaintiff is attached as Exhibit B.

21. Defendant's conduct violates the CA FDCPA and the FDCPA. Defendant vio[illegible] Cal. Civ. Code § 1788.14(c), which prohibits:

> (c) Initiating communications, other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney, unless the attorney fails to answer correspondence, return telephone calls, or discuss the obligation in question.

22. Said conduct further violates 15 U.S.C. § 1692c(a)(2), which states a debt collector may not communicate with a consumer without the consumer's permission:

> (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer....

## CLAIM FOR RELIEF

23. Plaintiff incorporates by reference all of the foregoing paragraphs.

24. Defendant violates Cal. Civ. Code § 1788.14(c) and 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff after receiving notice of attorney representation.

## PRAYER

WHEREFORE, according to the remedies allowable under the California law and Federal law, as provided by Cal. Civ. Code § 1788.32:

> The remedies provided herein are intended to be cumulative and are in addition to any other procedures, rights, or remedies under any other provision of law.

Plaintiff prays for damages as follows:

A. Statutory damages of $2,000 as to Defendant Citi, pursuant to Cal. Civ. Code § 1788.14(c) and 15 U.S.C. § 1692c(a)(2) by communicating with Plaintiff after receiving notice of attorney representation.

B. Reasonable attorney's fees and costs, pursuant to Cal. Civ. Code § 1788.32 and 15 U.S.C. § 1692k(a)(3).

Dated: ___________

Irving L. Berg
THE BERG LAW GROUP

ATTORNEY FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY.

Plaintiff hereby demands a trial by jury.

Dated: ___________

Irving L. Berg

07/11/2008 09:49 FAX Case 3:08-cv-03360-SC Document 1 Filed 07/11/2008 Page 12 of 18 001/001

# EXHIBIT A

Exhibit

*THE BERG LAW GROUP*
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742 Fax: (415) 891-8208*
*e-mail irvberg@comcast.net*

IRVING L. BERG, ESQ.

December 29, 2007

Citi Cards
Customer Service
Box 6000
The Lakes, NV 89163-6000

**<u>Notice of Attorney Representation</u>**

Re: *Richard Hack*
Account No.: REDACTED
Balance: $3,155.05

Dear Sir or Madam:

The captioned consumer is a client of mine. All communications concerning collection of my client's debts, including the captioned debt, and any other debts you claim are owed by my client shall hereafter be made to this office <u>in writing</u>. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

Should you have any question regarding the identification of my client, send your inquiry <u>in writing</u> to the undersigned.

Your collection practices are governed by Federal and California consumer laws. If you have doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from contacting my client, my client's employer, my client's family, and others regarding the alleged debts. All inquiries regarding collection of my client's debt shall be directed to the undersigned, in writing.**

Further, please note that, should a legal action be brought in connection with your collection practices, that legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/rl

lndr/rtlr 1277

Exhibit A, P.

07/11/2008 09:48 FAX 4153531370 Case 3:08-cv-03360-SC Document 1 Filed 07/11/2008 Page 14 of 18 001/001

# EXHIBIT B

Exhibit A

*[Page content is rotated 180°. Transcribed in reading order below.]*

# citi

**Citi® Diamond Preferred® Rewards Card**

Account Activity
Apr 16-May 15, 2008

**How to Reach Us**
www.citicards.com
1-800-568-5000

Customer Service
BOX 6000
THE LAKES, NV
89163-6000

Account Member: RICHARD P HACK
Account Number: REDACTED

| Payment Due Date: | 06/09/2008 |
| --- | --- |
| Minimum Amount Due: | |
| Total New Balance: | $3,815.98 |

**Quick Reference**

| Total Credit Line | $3,710 |
| --- | --- |
| Available Credit Line | $0 |
| Cash Advance Limit | $500 |
| Available Cash Limit | $0 |

**Important Account Information**

Your late fee was based on your account balance as of the payment due date (05/09/08), which was $3,657.

Put Your Economic Stimulus Payment to Work

We have a number of solutions that may be available to assist you.

**At a Glance**
Previous Balance: $3,657.92
Credit Line: $3,710
Past Due: $72.69
Finance Charges: $88.06
Total New Balance: $3,815.98

**Standard Purchases**

| Sale | Post | Description | Amount |
| --- | --- | --- | --- |
| | 05/15 | LATE FEE - APR PAYMENT PAST DUE | 39.00 |
| 05/15 | 05/15 | OVER CREDIT LIMIT FEE | 35.00 |
| | 05/15 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 3.94 |

**Purch/Adv Thru 05/15/2008**

| Sale | Post | Description | Amount |
| --- | --- | --- | --- |
| | 05/15 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 84.12 |

**Categorized Purchases Activity**

| | Retail/Other | Supermarket | Gas/Auto Rental | Restaurants | Entertainment | Health Care | Lodging | Merchandise | Vehicle Rental |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Account Summary**

| | Previous Balance | (+) Purchases & Advances | (+) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
| --- | --- | --- | --- | --- | --- |
| Purchases | 3,653.92 | 74.00 | 0.00 | 88.06 | 3,815.98 |
| Advances | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | 3,653.92 | 74.00 | 0.00 | 88.06 | 3,815.98 |

Exhibit



How to Reach Us
1-800-???-5000

Customer Service
BOX 6000
THE LAKES, NV 89163-6000

Access your account online: www.citicards.com

## Citi® Diamond Preferred® Rewards Card

Account Number
REDACTED

### Rate Summary

Days This Billing Period: 30

| | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Standard Purch | 163.86 | 0.07942%(D) | 28.990% | 28.990% |
| Purch/Adv | 0.00 | 0.00000%() | 0.000% | 0.000% |
| thru 05/03/2005 | 3,532.45 | 0.07942%(D) | 28.990% | 28.990% |
| **ADVANCES** | | | | |
| Standard Adv | 0.00 | 0.07942%(D) | 28.990% | 28.990% |

3 of 4

**Put your Economic Stimulus Payment to Work!**

We have a number of solutions that may be available to assist you, including:

- **Reduce** your balance—your payment matched dollar for dollar up to $599
- **Lower** your annual percentage rate
- **Lower** your monthly payment
- **Settle** your account for less than your total balance

We value you as a customer and want to continue the relationship we currently share.

Call us now
1-866-???-????

CASE NUMBER: CGC-08-476096 RICHARD P. HACK VS. CITIBANK, N.A. CITI

## NOTICE TO PLAINTIFF

A Case Management Conference is set for

**DATE:** **OCT-10-2008**

**TIME:** **10:30AM**

**PLACE:** **Department 212**
**400 McAllister Street**
**San Francisco, CA 94102-3680**

All parties must appear and comply with Local Rule 3.

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.

However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

### ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A MANDATORY SETTLEMENT CONFERENCE OR TRIAL. (SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3876

**See Local Rules 3.6, 6.0 C and 10 D re stipulation to commissioners acting as temporary judges**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

I am employed in the County of Los Angeles, State of California, over the ag... years, and not a party to the within action. My business address is: 2029 Century Park ... 1800, Los Angeles, California 90067-3086.

On July 11, 2008, I served the foregoing document(s) described as: **DEFEND... NOTICE OF REMOVAL** on the interested parties in this action by placing a true cop... enclosed in a sealed envelope addressed as follows:

Irving L. Berg, Esq.
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Telephone: (415) 924-0742
Facsimile: (415) 891-8208

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) ... above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and proce... practices of this office, with which I am readily familiar, by means of which ... deposited with the United States Postal Service at Los Angeles, California th... day in the ordinary course of business, I deposited such sealed envelope, wit... thereon fully prepaid, for collection and mailing on this same date following ... business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the offi... addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivere... office of the addressee(s) at the address(es) set forth above by overnight deli... Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court ... direction the service was made.

I declare under penalty of perjury under the laws of the State of California th... true and correct.

Executed on July 11, 2008, at Los Angeles, California.

Dino Shorté — [Type or Print Name]

Dino Shorté — [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086