STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly
identified as CITIBANK, N.A., dba CITI

FILED
JUL 11 PM 2:36
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD P. HACK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., dba CITI<br><br>Defendant. | Case No. CV 08 3360<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[CIVIL L.R. 3-16] |

BZ

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

LA 51068540v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed p... associations of persons, firms, partnerships, corporations (including parent corporations... entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that c... substantially affected by the outcome of this proceeding:

1. Citibank (South Dakota), N.A. is a subsidiary of Citigroup Inc., a publicly . corporation, which thereby possesses a financial interest in a defendant to this proceeding.

Dated: July 11, 2008

Respectfully submitted,

STROOCK & STROOCK & LAVAN LL...
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: _____
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA...
incorrectly identified as CITIBA...
N.A., dba CITI

- 1 -
CERTIFICATION OF INTERESTED ENTITIES ...

LA 51068540v1

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF SAN FRANCISCO )

I am employed in the County of Los Angeles, State of California, over the age [of 18] years, and not a party to the within action. My business address is: 2029 Century Park [East, Suite] 1800, Los Angeles, California 90067-3086.

On July 11, 2008, I served the foregoing document(s) described as: **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action [by placing] a true copy thereof enclosed in a sealed envelope addressed as follows:

> Irving L. Berg, Esq.
> The Berg Law Group
> 145 Town Center, PMB 493
> Corte Madera, CA 94925
> Telephone: (415) 924-0742
> Facsimile: (415) 891-8208

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) [listed] above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and pr[ocessing] practices of this office, with which I am readily familiar, by means of which [the mail is] deposited with the United States Postal Service at Los Angeles, California [on the same] day in the ordinary course of business, I deposited such sealed envelope, wi[th postage] thereon fully prepaid, for collection and mailing on this same date followin[g ordinary] business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the offic[e of the] addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be deliver[ed to the] office of the addressee(s) at the address(es) set forth above by overnight de[livery via] Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court [at whose] direction the service was made.

I declare under penalty of perjury under the laws of the State of California th[at the foregoing is] true and correct.

Executed on July 11, 2008, at Los Angeles, California.

Dino Shorté
[Type or Print Name]                    [Signature]

LA 51068540v1

NOTI[CE]