1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   A. R. KACHADOORIAN (State Bar No. 240601)
3  2029 Century Park East
   Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
   CITIBANK (SOUTH DAKOTA), N.A., incorrectly
7  identified as CITIBANK, N.A., dba CITI

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD P. HACK, an individual, | **Case No. 3:08-cv-03360-BZ** |
| Plaintiff, | Assigned to the Honorable Bernard Zimmerman |
| vs. | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A., INCORRECTLY IDENTIFIED AS CITIBANK, N.A. dba CITI** |
| CITIBANK, N.A., dba CITI | |
| Defendant. | |
| | **Hearing** |
| | **Date:         October 22, 2008** |
| | **Time:         10:00 a.m.** |
| | **Courtroom:  G** |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
Case No. 3:08-cv-03360-BZ

LA 51074920v1

Having considered the Motion of defendant Citibank (South Dakota), N.A., incorrectly identified as Citibank, N.A., dba Citi, to Dismiss the Complaint (the "Motion"), the pleadings and papers filed by the parties in connection therewith, arguments of counsel and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the Complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Bernard Zimmerman
United States District Magistrate Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: _____/S/_____
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
incorrectly identified as
CITIBANK, N.A., dba CITI

LA 51074920v1