# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court
(415) 522-2015
August 18, 2008

To:    **Irving L. Berg**
The Berg Law Group
145 Town Center, PMB 493
Corte Madera , CA 94925


**Marcos D. Sasso**
**Alexandria Rose Kachadoorian**
**Julia B. Strickland**
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles , CA 90067-3086



Re: Richard P. Hack v. Citibank, N.A.

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge
Bernard Zimmerman.  A hearing has since been scheduled for _October 22, 2008_ To allow
the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must
consent to, or decline to proceed before, Judge Zimmerman.  We have no record of
your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to
proceed before Judge Zimmerman and a form to complete if you decline.  A party is
free to withhold consent without adverse consequences.  Please complete and
electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:    Simone Voltz
Courtroom Deputy