UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. HACK, | ) |
| Plaintiff(s), | ) No. C08-3360 BZ |
| v. | ) **BRIEFING ORDER** |
| CITIBANK, N.A., dba CITI, | ) |
| Defendant(s). | ) |

Having received defendant's motion to dismiss, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **September 2, 2008**;

2. Defendant's reply, if any, shall be filed by **September 10, 2008.**

Dated: August 18, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HACK\BRIEFING ORDER.wpd

1