Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard P. Hack | No.: C 08-3360 BZ |
|     Plaintiff(s), | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Citibank, N.A. | |
|     Defendant(s). | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 18, 2008                    /s/
                                          Irving L. Berg, Esq.
                                          THE BERG LAW GROUP
                                          145 Town Center, PMB 493
                                          Corte Madera, CA  94925
                                          (415) 924-0742
                                          Fax: (415) 891-8208

                                          Attorney for Plaintiff.