1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
   A. R. KACHADOORIAN (State Bar No. 240601)
3  2029 Century Park East
   Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendant
   CITIBANK (SOUTH DAKOTA), N.A., incorrectly
7  identified as CITIBANK, N.A., dba CITI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD P. HACK, an individual, | **Case No. 3:08-cv-03360-BZ** |
| Plaintiff, | Assigned to the Honorable Bernard Zimmerman |
| vs. | |
| CITIBANK, N.A., dba CITI | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant. | |

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No. 3:08-cv-03360-BZ

LA 51078222v1

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 21, 2008

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: _____s/Marcos D. Sasso_____
         Marcos D. Sasso

Attorneys for Defendant
   CITIBANK (SOUTH DAKOTA), N.A.,
   incorrectly identified as
   CITIBANK, N.A., dba CITI

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No. 3:08-cv-03360-BZ

LA 51078222v1