STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly
identified as CITIBANK, N.A., dba CITI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD P. HACK, an individual, | **Case No. 3:08-cv-03360-SC** |
| Plaintiff, | Assigned to the Honorable Bernard Zimmerman |
| vs. | |
| CITIBANK, N.A., dba CITI | **AMENDED NOTICE OF MOTION OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO DISMISS** |
| Defendant. | |
| | <u>**Hearing**</u> |
| | **Date:** November 7, 2008 |
| | **Time:** 10:00 a.m.  |
| | **Courtroom:** 1 |

**TO THE COURT, PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendant Citibank (South Dakota), N.A.'s Motion to Dismiss the Complaint (ECF Docket No. 5), previously set for hearing on October 22, 2008, has been reset for hearing before the Honorable Samuel Conti on November 7, 2008 at 10:00 a.m., in Courtroom 1 of the United States District Court, Northern District of California, located at 450 Goden Gate Ave., San Francisco, California. This date has been cleared with the Court and with plaintiff's counsel.

Dated: August 25, 2008

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: _____s/Marcos D. Sasso_____
Marcos D. Sasso

Attorneys for Defendant
 CITIBANK (SOUTH DAKOTA), N.A.,
 incorrectly identified as
 CITIBANK, N.A., dba CITI

AMENDED NOTICE OF MOTION TO DISMISS
Case No. 3:08-cv-03360-SC

LA 51078774v1