STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., incorrectly
identified as CITIBANK, N.A., dba CITI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD P. HACK, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITIBANK, N.A., dba CITI<br><br>        Defendant. | **Case No. 3:08-cv-03360-SC**<br><br>Assigned to the Honorable Samuel Conti<br><br>**CORRECTED AMENDED NOTICE OF MOTION OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO DISMISS**<br><br>**<u>Hearing</u>**<br>**Date:**       **November 7, 2008**<br>**Time:**       **10:00 a.m.**<br>**Courtroom:**  **1** |

1    **TO THE COURT, PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:**

2         PLEASE TAKE NOTICE that defendant Citibank (South Dakota), N.A.'s Motion to

3    Dismiss the Complaint (ECF Docket No. 5), previously set for hearing on October 22, 2008, has

4    been reset for hearing before the Honorable Samuel Conti on November 7, 2008 at 10:00 a.m., in

5    Courtroom 1 of the United States District Court, Northern District of California, located at 450

6    Goden Gate Ave., San Francisco, California.  This date has been cleared with the Court and with

7    plaintiff's counsel.

8
9    Dated:  August 25, 2008                    Respectfully submitted,

10                                              STROOCK & STROOCK & LAVAN LLP
                                                JULIA B. STRICKLAND
11                                              MARCOS D. SASSO
                                                A. R. KACHADOORIAN

12

13                                              By:         s/Marcos D. Sasso
14                                                           Marcos D. Sasso

15                                              Attorneys for Defendant
                                                  CITIBANK (SOUTH DAKOTA), N.A.,
16                                              incorrectly identified as
                                                CITIBANK, N.A., dba CITI
17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED AMENDED NOTICE OF MOTION TO DISMISS
Case No. 3:08-cv-03360-SC

LA 51078774v1