IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD HACK ,
    Plaintiff(s),

v.                                                                                          No. C-08-3360-SC

CITIBANK, N.A.,
    Defendant(s).
_____/        Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **December 19, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.  The parties are to file one joint Case Management Statement  seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  August 26, 2008                                              FOR THE COURT,

                                                                                Richard W. Wieking, Clerk

                                                                                By:  T. De Martini
                                                                                   Courtroom Deputy Clerk