| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
|   | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | MARCOS D. SASSO (State Bar No. 228905) |
|   | A. R. KACHADOORIAN (State Bar No. 240601) |
| 3 | 2029 Century Park East |
|   | Los Angeles, California  90067-3086 |
| 4 | Telephone: 310-556-5800 |
|   | Facsimile: 310-556-5959 |
| 5 | lacalendar@stroock.com |
| 6 | Attorneys for Defendant |
|   | CITIBANK (SOUTH DAKOTA), N.A., incorrectly |
| 7 |  identified as CITIBANK, N.A., dba CITI |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD P. HACK, an individual, | **Case No. 3:08-cv-03360-SC** |
| Plaintiff, | Assigned to the Honorable Samuel Conti |
| vs. | **STIPULATION AND [PROPOSED]** |
| CITIBANK, N.A., dba CITI | **ORDER TO REMAND ACTION TO STATE COURT** |
| Defendant. | Action Filed:  June 6, 2008 |
| | Trial Date:  None set |

LA 51130444v1

STIPULATION AND [PROPOSED] ORDER

STIPULATION

WHEREAS, plaintiff Richard Hack ("Plaintiff") filed this action in Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096, on June 6, 2008;

WHEREAS, defendant Citibank (South Dakota), N.A. ("Citibank") removed this action to this Court on July 11, 2008 on federal question grounds;

WHEREAS, on August 15, 2008, Citibank moved to dismiss the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), however, before any hearing or determination of Citibank's motion to dismiss occurred, in October 2008, Plaintiff filed a notice of bankruptcy stay, staying this action;

WHEREAS, on February 18, 2009, following Plaintiff's bankruptcy discharge, Plaintiff filed a motion to remand the action to the state court;

WHEREAS, on March 12, 2009, Citibank filed its opposition to Plaintiff's remand motion;

WHEREAS, on March 13, 2009, Plaintiff filed the First Amended Complaint, in which Plaintiff no longer seeks relief under federal law in this action and, specifically, Plaintiff removed any claims for relief under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

WHEREAS, given that there are no federal claims pending in this action, the parties, through their counsel, have agreed to stipulate that this action be remanded to the Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096;

WHEREAS, the parties agree to bear their own costs in connection with the remand of this action and Plaintiff agrees not to seek recovery of any fees or costs based on Citibank's removal of the action; and

WHEREAS, the parties agree that Citibank's response to the First Amended Complaint, by answer, motion or otherwise, shall be due 30 days following the date that this action is docketed in the Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096, following remand from this Court.

IT IS HEREBY AGREED AND STIPULATED by and between plaintiff Richard Hack and defendant Citibank (South Dakota), N.A. that: (1) in light of the filing of the First Amended Complaint, this action shall be remanded to the Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096; (2) the parties shall bear their own costs in connection with the remand of this action and Plaintiff agrees not to seek recovery of any fees or costs based on Citibank's removal of the action; and (3) Citibank's response to the First Amended Complaint, by answer, motion or otherwise, shall be due 30 days following date that this action is docketed in the Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096, following remand from this Court.

IT IS SO STIPULATED.

Dated: March 20, 2009

IRVING L. BERG

By: _____
Irving L. Berg

Attorney for Plaintiff

Dated: March 20, 2009

STROOCK & STROOCK & LAVAN LLP
MARCOS D. SASSO

By: _____
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, the Stipulation is GRANTED, and it is FURTHER ORDERED THAT: (1) in light of the filing of the First Amended Complaint, this action shall be remanded to the Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096; (2) the parties shall bear their own costs in connection with the remand of this action and Plaintiff agrees not to seek recovery of any fees or costs based on Citibank's removal of the action; and (3) Citibank's response to the First Amended Complaint, by answer, motion or otherwise, shall be due 30 days following date that this action is docketed in the Superior Court of the State of California, County of San Francisco, Case No. CGC-08-476096, following remand from this Court.

**IT IS SO ORDERED.**

Dated: 3/23/09



Judge Samuel Conti

LA 51130444v1

ORDER